IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAZY SOFTECH PVT, LTD, | No. C 04-4874 MEJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| vs. | |
| MBA APPLICANT, et al., | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on August 11, 2005. However, there is no indication that any of the named defendants have been served and, at Plaintiff's request, the c.m.c. has already been continued three times. As Plaintiff has provided no update as to the status of the case, the Court finds it appropriate to dismiss this matter for failure to prosecute, unless Plaintiff can show good cause why the case should remain active. Accordingly, the Court hereby VACATES the August 11, 2005 Case Management Conference and ORDERS Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute. Plaintiff shall **e-file** a declaration no later than August 25, 2005, as well as provide a chambers' copy, and the Court shall hold a hearing on September 8, 2005 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 8, 2005

MARIA-ELENA JAMES
United States Magistrate Judge