1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    EAZY SOFTECH PVT, LTD,                    No. C 04-4874 MEJ

9              Plaintiff(s),
                                              **ORDER DISMISSING CASE WITHOUT**
10    vs.                                      **PREJUDICE**

11   MBA APPLICANT, et al.,

12             Defendant(s).
     _____/
13

14        On September 8, 2005, the Court held an Order to Show Cause hearing to determine whether this

15   case should be dismissed for failure to prosecute.  Plaintiff's counsel failed to appear at the hearing, and also

16   failed to respond to the Court's August 8, 2005 Order to Show Cause.  Accordingly, good cause

17   appearing, this case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil

18   Procedure 41 for failure to prosecute.  The Clerk of Court shall close the file.

19        **IT IS SO ORDERED.**

20

21   Dated: September 8, 2005
                                              _____
22                                            MARIA-ELENA JAMES
                                              United States Magistrate Judge
23

24

25

26

27

28

United States District Court
For the Northern District of California